JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DAVID CHARLES HILL,                    )   NO. CV 11-04675 CJC (SS)
                                       )
                  Petitioner,          )
                                       )
          v.                           )        **JUDGMENT**
                                       )
LINDA SANDERS,                         )
                                       )
                  Respondent.          )
                                       )
_____)

     Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

     DATED: February 29, 2012

                                    _____
                                    CORMAC J. CARNEY
                                    UNITED STATES DISTRICT JUDGE